377 A.2d 982

Burk Appeal.

Argued June 16, 1977. Richard S. Wasserbly, Assistant Public Defender, with him Richard R. Fink, Public Defender, for appellant; Peter F. Schenck, Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for appellee.

Order affirmed.

377 A.2d 983

Celley v. Mutual Benefit Health and Accident Association, Appellant.

Argued June 13, 1977. Herman J. Obert, with him William J. Toy, for appellant; John R. Padova, with him Solo & Padova, for appellee.

Judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.